**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6365**

---

KENDALL C. WATSON,

                                    Plaintiff - Appellant,

        versus

R. WELLS, Officer, Riverside Regional Jail; C.
JEFFRIES, Food Service Supervisor, Riverside
Regional    Jail;    DARNLEY    R.    HODGE,
Superintendent, Riverside Regional Jail,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:06-cv-00038-JCC)

---

Submitted:  September 27, 2006      Decided:  October 17, 2006

---

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kendall C. Watson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kendall C. Watson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Watson's motion to produce court records and trial transcripts, and we affirm for the reasons stated by the district court. <u>Watson v. Wells</u>, No. 1:06-cv-00038-JCC (E.D. Va. Feb. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>